IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MYRON C. FRANKLIN,**

    *Plaintiff*,

v.                           Case No.: 5:25cv339-MW/MJF

**GLENN HANCOCK, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with the Local Rules of the Northern District of Florida." The Clerk shall close the file.

**SO ORDERED on February 20, 2026.**

                                             **s/Mark E. Walker**
                                             **United States District Judge**